**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DIANA LABORDE BORNTRAGER,

    Plaintiff,

vs.                                                                                        CASE NO. 3:09-cv-847-J-TEM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

## O R D E R

This case is before the Court on Defendant's Unopposed Motion For Entry of Judgment With Remand (Doc. #16, Motion to Remand), filed August 1, 2011. Defendant's counsel represents to the Court that he has contacted Plaintiff's attorney who has "no objection" to this Motion (Doc. #16 at 1). Defendant seeks to have this case remanded to the Commissioner of Social Security for further administrative action pursuant to sentence four of the Social Security Act, 42 U.S.C. §405(g) and §1383(c)(3). Upon consideration of the Motion to Remand, and the grounds urged in support thereof, it is:

**ORDERED and ADJUDGED** that the decision of the Commission is hereby reversed under sentence four of 42 U.S.C. § 405(g) and this case is remanded to the Commissioner of Social Security for the following reasons:

> to give Plaintiff the opportunity for a new hearing and further review the existence, computation, and current status of Plaintiff's overpayment. Additionally, the ALJ will consider and develop all aspects relevant to waiver of the overpayment, provide a rationale supporting his conclusions, and conduct any other action the Commissioner deems necessary.

Motion to Remand at 1.

The Clerk of the Court is hereby directed to enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this case. The judgment shall state that if Plaintiff were to ultimately prevail in this case upon remand to the Social Security Administration, any motion for attorney fees under 42 U.S.C. § 406(b) must be filed within thirty (30) days of the Commissioner's final decision to award benefits. *See Bergen v. Commissioner of Social Security*, 454 F.3d 1273, 1278 n.2 (11th Cir. 2006) (finding applications for section 406(b) attorney fees fall under Fed. R. Civ. P. 54(d)(2)(B), the fourteen (14) day time period for which may be enlarged by a court's order).

**DONE AND ORDERED** at Jacksonville, Florida this 3rd day of August, 2011.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to all counsel of record
    and *pro se* parties, if any